

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-19-00509-CR

Elizabeth **RIOS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9024B
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's court-appointed appellate counsel, Mr. Dean A. Diachin from the Bexar County Public Defender's Office, has filed a motion to withdraw from representation in this appeal. Counsel states that appellant has retained Mr. Richard E. Langlois to represent her in this appeal. Additionally, the clerk's record shows Mr. Langlois filed a notice in the trial court stating that he has been retained as counsel for appellant on direct appeal.

The motion to withdraw is GRANTED. *See* TEX. R. APP. P. 6.5 (providing that an appellate court may, on appropriate terms and conditions, permit an attorney to withdraw from representing a party in the appellate court).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court